■ DEBORA BARAHONA, Respondent, v LONG ISLAND AMBULATORY SURGERY CENTER, L.L.C., et al., Appellants, et al., Defendants. [27 NYS3d 374]—

Order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about August 11, 2014, which, inter alia, granted defendants' motions to dismiss the complaint without prejudice to the commencement of a new action within six months, pursuant to CPLR 205 (a), upon plaintiff's receipt of permanent letters of administration, unanimously affirmed, without costs.

Plaintiff timely commenced this action, providing notice of the claim to defendants before the statue of limitations ran, and the dismissal was not on the merits but because of the lack of proper letters of administration, which plaintiff was in the process of obtaining (*see Carmenate v City of New York*, 59 AD3d 162 [1st Dept 2009]).

We have considered defendants' remaining arguments and find them unavailing. Concur—Friedman, J.P., Andrias, Saxe and Richter, JJ.